IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENISE WILLIAMS, an individual,

          Plaintiff,                No. 02:15-cv-00858-SU

     v.

MORROW COUNTY, a political         ORDER
subdivision of the State of Oregon,
KAREN WOLFF, an individual,

          Defendants.

HERNANDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation (#14) on August 31, 2015, in which she recommends that this Court grant Plaintiff's for Voluntary Dismissal of Count Three and Remand to State Court.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [14]. Accordingly, Plaintiff's Motion to Allow Voluntary Dismissal of Count Three [6] is Granted. Plaintiff's Section 1983 claim is dismissed with prejudice and the remaining claims are remanded to state court.  Plaintiff is ordered to reimburse Defendants for the $400 removal fee.

IT IS SO ORDERED.

DATED this __30__ day of __September__, 2015.


_Marco Hernández_
MARCO A. HERNANDEZ
United States District Judge